IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 08 80206 MISC

Steven Frank McNichols - #151934

_____/

### ORDER TO SHOW CAUSE

It appearing that Steven Frank McNichols has been suspended for disciplinary reasons by the Supreme Court of California effective August 11, 2006.

**IT IS ORDERED**

That respondent show cause in writing on or before November 19, 2008 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Steven Frank McNichols
Attorney At Law
268 Bush Street, #3602
San Francisco, CA 94104