FILED

DEC 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                           No CV-08-80206 MISC VRW

Steven Frank McNichols,                           ORDER
    State Bar No 151934
_____/

    On October 10, 20008, the court issued an order to show cause (OSC) why Steven Frank McNichols should not be removed from the roll of attorneys authorized to practice law before this court, based on his suspension by the State Bar, effective August 11, 2006, for disciplinary reasons. The OSC was mailed to Mr McNichols' address of record with the State Bar. Mr McNichols has filed no response to the OSC.

    The court now orders Steven Frank McNichols removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:  Case Number: CV08-80206 MISC VRW

Steven Frank McNichols, **CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Frank McNichols
268 Bush Street, #3602
San Francisco, CA 94104


Dated: December 15, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*